UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT MCCOMB,

      Plaintiff,

vs.

CITIBANK, N.A.
*doing business as*
CITIRESOLVE, *et al.*,

      Defendants.

Case No. 3:26-cv-84

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT**

---

The undersigned has a conflict of interest in this case.  Consequently, recusal is warranted.

*See* 28 U.S.C. § 455(a).  The undersigned therefore **RECUSES** himself and **REFERS** this matter

to the Clerk for random reassignment to another United States District Judge in the Dayton seat of

Court eligible to preside over this case.

      **IT IS SO ORDERED.**

March 20, 2026                  s/*Michael J. Newman*
                                   Hon. Michael J. Newman
                                   United States District Judge